AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Nelson R. Vega Pro Se.
Plaintiff

v.

Sheriff Hampden County Jail, Michael J. Ashe
Cpt. Walker, (Correction officer)
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-30161-KPN

I, Nelson R. Vega, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   Hampden County Correctional Facility

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   6/15/2000 Quaboag Nursing Home (North Brookfield Mass

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes    ☒ No
   b. Rent payments, interest or dividends               ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No
   d. Disability or workers compensation payments        ☐ Yes    ☒ No
   e. Gifts or inheritances                              ☐ Yes    ☒ No
   f. Any other sources                                  ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
    N/A

I declare under penalty of perjury that the above information is true and correct.

6-16-05                                 Nelson R. Viera
_____                         _____
     Date                               Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                        KEEFE COMMISSARY NETWORK SALES
                              P.O. BOX 17490
                           ST LOUIS, MO  63178-7490

 NAME: VIERA   NELSON                              ORDER DATE:     5/31/05
  NBR: 000105901                                    ORDER NBR:     33498
BLOCK: A2       TIER: 038     CELL:                   CPR NBR:     72969    1
 SITE: HAMPDEN COUNTY JAIL COMMISSARY    29324J 001  SEG FUND BAL:       20.94
                                                          PAGE:         1

ORDER   SITE:        KEEFE                                ITEM        TOTAL
  QTY   ITEM#        ITEM#    ITEM DESCRIPTION           PRICE        PRICE
    1   2015         87022    3OZ FC COFFEE CLRPK W/ZIP    2.70         2.70
    1   2093         7265     SUGAR TWIN BOX 100 CT.       1.78         1.78
    2   3230         84709    SL PEANUT BUTTER WAFERS      2.48         4.96
    5   6000         8008     CHICKEN RAMEN NOODLES         .43         2.15
    5   6002         8009     BEEF RAMEN NOODLE             .43         2.15
    5   6005         8010     CHILI RAMEN NOODLE            .43         2.15
    5   6007         8012     CAJUN CHICKEN RAMEN           .43         2.15

Secure Item:
    5   1049         8928     1 EACH 1ST CLASS STAMP        .37         1.85
                                                       SUB-TOTAL       19.87

                                                        SALES TAX        .00

                                                      ORDER TOTAL      19.87

                                                      FUND BALANCE      1.07


LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#        QUANTITY        CATEGORY/DESCRIPTION




SIGNED  _____Nelson Viera_____   DATE _____


WITNESSED BY _____   DATE _____
```