UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT
CIVIL ACTION NUMBER: 05-30161-KPN

---

NELSON VIERA
PLAINTIFF
V.
HAMPDEN COUNTY JAIL,
SHERIFF MICHAEL J. ASHE
CAPTAIN WALKER
DEFENDANTS

---

**DEFENDANTS' PROPOSED PRETRIAL SCHEDULE.**

Pursuant to the Notice of Scheduling Conference, dated November 25, 2005, the defendants hereby propose the following Pretrial Schedule:

1. Within twenty-one (21) days after the Scheduling Conference, each party will make the Automatic Disclosures required by Fed.R.Civ.P. 26(a)(1).

2. The parties will serve interrogatories and requests for production of documents no later than March 31, 2006.

3. The parties will serve notices of depositions and requests for admissions no later than May 31, 2006.

4. All depositions and other discovery will be completed no later than June 30, 2006.

5. Motions for Summary Judgment will be filed, if at all, by August 31, 2006.

6. Final Pretrial Conference, if necessary, shall be scheduled for October 31, 2006.

FOR THE DEFENDANTS,
By Their Attorney

Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.4

Pursuant to the Notice of Scheduling Conference, dated November 25, 2005, defendants' counsel hereby affirms that he has conferred with the defendants regarding establishing a budget for the costs of conducting litigation and resolution through alternative dispute resolution procedures.

The Defendants By Their Attorney

Edward J. McDonough, Jr., BBO# 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

### CERTIFICATION

I hereby certify that the defendants and their counsel have conferred as stated above.

Michael J. Ashe, Jr.

### CERTIFICATE OF SERVICE

_____ hereby certifies that on 1/3/06, I have caused the aforementioned document to be served on all parties to this action by mailing a copy of same first-class mail, postage prepaid to the Plaintiff Nelson Viera (pro se), Hampden County Correctional center, 629 Randall Road, Ludlow, MA 01056