AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

APPEARANCE

Case Number: 3:05-cv-30161-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Defendants.__

Date: 1-12-2006

Signature: /s/ Kevin D. Withers

Print Name: KEVIN D. WITHERS
Egan Flanagan & Cohen, P.C.
67 Market St., PO Box 9035
Address

Springfield   MA   01102-9035
City         State      Zip Code

413-737-0260
Phone Number