UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NELSON R. VIERA,                    )
        Plaintiff    )
                                    )
                                    )
v.                                  )    Civil Action No. 05-30161-MAP
                                    )
                                    )
MICHAEL J. ASHE, JR., et al.,       )
        Defendants   )

SCHEDULING ORDER
February 28, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by April 28, 2006.

2. Non-expert depositions shall be completed by July 31, 2006.

3. Defendants shall file their motion for summary judgment by August 31, 2006, to which Plaintiff shall respond by September 22, 2006.

4. If no motion for summary judgment is filed, the parties shall appear for a final pretrial conference on September 27, 2006, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge