UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

CIVIL ACTION NUMBER: 05-30161-KPN

NELSON VIERA
PLAINTIFF
V.
HAMPDEN COUNTY JAIL,
SHERIFF MICHAEL J. ASHE
CAPTAIN WALKER
DEFENDANTS

### DEFENDANTS' MOTION TO DISMISS
### FOR FAILURE TO COMPLY WITH COURT ORDER

Now come the defendants in the above-captioned matter and hereby move to dismiss the plaintiff's claim for failure to comply with a Court order dated July 14, 2006.

As reasons for this motion, defendant states the following:

1. On July 14, 2006 this Court ordered plaintiff to respond to the defendants' interrogatories and request for production of documents to the plaintiff by July 25, 2006.

2. Plaintiff has failed to comply with this Court's order to respond to discovery requests.

3. Dismissal is an appropriate sanction where a party has failed to comply with a discovery order, and "the court in which the action is pending may make such orders in regard to the failure as are just,

and among others the following: ....(C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, <u>or dismissing the action</u> or proceeding or any part thereof, or rendering a judgment by default against the disobedient party." See Fed.R.Civ.P. 37(b)(2)(C). [emphasis added]

By way of background,

4. On April 13, 2006, defendants served interrogatories and request for production of documents on the plaintiff.

5. The plaintiff failed to serve discovery responses on the defendants.

6. The plaintiff has not contacted the defendants to request an extension of time to respond.

7. No motions were filed by the plaintiff requesting additional time to respond.

8. On June 5, 2006, a letter was sent to the plaintiff trying to secure the disclosure without court action.

9. Plaintiff did not respond to the defendants' June 5, 2006 letter.

10. On June 29, 2006, having not received any response from the plaintiff to defendants' letter, the defendants filed a Motion to Compel Responses to Discovery Requests.

11. On July 14, 2006, the Court issued an electronic order granting Defendants' Motion to Compel. "By July 25, 2006, Plaintiff shall respond to the outstanding discovery requests or have his complaint

subject to dismissal."

Wherefore, for the above-stated reasons, the defendants pray that the motion be allowed, and this action be dismissed.

FOR THE DEFENDANTS

*Kevin D. Withers*
Kevin D. Withers, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 531660

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 27th day of July, 2006, I have caused the aforementioned document to be served on all parties of record, by mailing a copy of same by first class mail (fax/hand delivery).

*Kevin D. Withers*
Kevin D. Withers